# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT MCQUILKIN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

MISCELLANEOUS ACTION

No. 08-186

## ORDER

**AND NOW**, this 3rd day of March, 2010, upon consideration of petitioner's Motion Pursuant to the All Writs Act, the government's response thereto, and petitioner's filings in support of his motion, it is hereby **ORDERED** as follows:

(1) Petitioner's Motion Pursuant to the All Writs Act (docket nos. 1 and 4) is **DENIED**;

(2) Petitioner's Motion for the Court to Ensure that the Clerk Files This Second Submission of Petitioner's Audita Querela (docket no. 3) is **DENIED AS MOOT**;

(3) Petitioner's Motion for Summary Judgment (docket no. 6) is **DENIED**;

(4) Petitioner's Motion in Traverse and Second Request for Summary Judgment (docket no. 7) is **DENIED**;

(5) Petitioner's Motion in Request for Docket Text and Status (docket no. 8) is

**DENIED AS MOOT**;

(6) The Clerk shall forward a copy of the complete docket in this case to petitioner along with copies of this Order and the accompanying Memorandum; and

(7) The Clerk is directed to close this case for statistical purposes.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.